UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00942-MEH

SENSORIA, LLC, directly on its own behalf and derivatively on behalf of CLOVER TOP HOLDINGS, INC., a Delaware corporation; and
GORDON MORTON,

        Plaintiffs,

v.

JOHN D. KAWESKE;
CHRISTOPHER S. PETERSON;
CLOVER TOP HOLDINGS, INC., a Delaware corporation;
CLOVER TOP HOLDINGS, a Colorado corporation;
AJC INDUSTRIES, LLC;
DURANGO MANAGEMENT, LLC;
SUNLIFE AG, LLC;
MMJ 95, LLC;
TWEEDLEAF LLC, a Colorado limited liability company;
TWEEDLEAF, LLC, a Delaware limited liability company;
LIFESTREAM HOLDINGS LLC;
ORDWAY FARMS LLC;
NORTH STAR HOLDINGS aka NORTH STAR HOLDINGS, INC.;
MANUEL WELBY EVANGELISTA aka WELBY EVANGELISTA;
DJDW, LLC;
JW COLORADO, LLC;
JW ORDWAY, LLC;
JW TRINIDAD, LLC;
BRIAN TANNENBAUM;
TANNENBAUM & TROST, LLC fka TANNENBAUM, TROST & BURK, LLC; and
DOES 1-100,

        Defendants.

## WELBY EVANGELISTA, NORTH STAR HOLDINGS, AND DJDW, LLC'S MOTION TO DISMISS THIRD AMENDED COMPLAINT

Defendants Welby Evangelista ("Evangelista"); DJDW, LLC ("DJDW"); and North Star Holdings ("North Star") (collectively, the "Evangelista Defendants") hereby move for dismissal with prejudice of the claims asserted against them in Plaintiffs' Third Amended Complaint.

## CLAIMS AGAINST THE EVANGELISTA DEFENDANTS

The causes of action asserted against Evangelista in the Second Amended Complaint are as follows:

- Cause of Action 1: Declaratory Relief;
- Cause of Action 14: Fraudulent Transfer;
- Cause of Action 15: Civil Conspiracy;
- Cause of Action 16: Aiding and Abetting Breach of Fiduciary Duty;
- Cause of Action 17: Unjust Enrichment / Constructive Trust;
- Cause of Action 18: RICO; and
- Cause of Action 21: RICO.

The causes of action asserted against DJDW in the Second Amended Complaint are as follows:

- Cause of Action 1: Declaratory Relief; and
- Cause of Action 17: Unjust Enrichment / Constructive Trust

The causes of action asserted against North Star in the Second Amended Complaint are as follows:

- Cause of Action 1: Declaratory Relief;
- Cause of Action 12: Conversion;
- Cause of Action 13: Civil Theft;
- Cause of Action 14: Fraudulent Transfer;
- Cause of Action 15: Civil Conspiracy;
- Cause of Action 16: Aiding and Abetting Breach of Fiduciary Duty; and
- Cause of Action 17: Unjust Enrichment / Constructive Trust.

**ARGUMENT**

The Evangelista Defendants join in the Motion to Dismiss Plaintiffs' Third Amended Complaint brought by John Kaweske and the Entity Defendants dated September 17, 2021 (the "Kaweske Motion") [Dkt. 215]. For the reasons set forth in the Kaweske Motion and in the Court's Orders dated January 12, 2021 [Dkt. 150] and May 20, 2021 [Dkt. 188], all causes of action against the Evangelista Defendants should be dismissed on the basis of illegality. *See* Kaweske Motion at pp. 3-8.

Plaintiff's Causes of Action under the RICO statute must be dismissed for the additional reasons that (1) Plaintiffs have failed to allege a cognizable business or property interest as required for a RICO claim, (2) Plaintiff's Eighteenth Cause of Action fails because it is derivative in nature, (3) Plaintiff's Eighteenth Cause of Action fails to plausibly allege causation, and (4) Plaintiff's Twenty-First Cause of Action is barred by the Private Securities Litigation Reform Act (PSLRA) and fails for lack of continuity . *See id.* pp. 8-17. Finally, Plaintiffs cannot obtain injunctive relief under the RICO statute. *See id.* p. 18.

Finally, dismissal of all claims should be with prejudice because Plaintiffs have already made four attempts to state their claims, and it would be futile for Plaintiffs to make a fifth attempt. Plaintiffs' most recent attempt in the Third Amended Complaint confirms their inability to plead around the fact that they are asking the Court to enforce an illegal contract and fashion relief from the proceeds of illegal business activity. *See id.* p. 20.

The Evangelista Defendants hereby adopt and incorporate the arguments made and authorities cited in the Kaweske Motion on each of these points and ask that the claims against them be dismissed with prejudice.

## CONCLUSION

Evangelista, DJDW, and North Star respectfully request that the Court enter an order dismissing all claims asserted against them in Plaintiffs' Third Amended Complaint with prejudice.

Dated:  September 17, 2021.                    Respectfully submitted,


                                               */s/ Matthew A. Steward*
                                               Matthew A. Steward
                                               Shaunda L. McNeill
                                               **CLYDE SNOW & SESSIONS**
                                               One Utah Center, 22nd Floor
                                               201 South Main Street
                                               Salt Lake City, Utah 84111-2216
                                               Telephone (801) 322-2516
                                               Facsimile (801) 521-6280
                                               mas@clydesnow.com
                                               slm@clydesnow.com

                                               *Attorneys for Defendants Welby Evangelista,*
                                               *DJDW, LLC, and North Star Holdings*