UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00942-MEH

SENSORIA, LLC, directly on its own behalf and derivatively on behalf of CLOVER TOP HOLDINGS, INC., a Delaware corporation; GORDON MORTON; ROGER SMITH; ROBIN SMITH; DENNIS GRIMMER; LAURA GRIMMER; GREENHOUSE 5, LLC; AARON GARRITY; GARRET SCHIFFMAN; LANCE SCHIFFMAN; KENNETH D. HOUSE; MARC LESSER,

  Plaintiffs,

v.

JOHN D. KAWESKE; CHRISTOPHER S. PETERSON; CLOVER TOP HOLDINGS, INC., a Delaware corporation; CLOVER TOP HOLDINGS, a Colorado corporation; AJC INDUSTRIES, LLC; DURANGO MANAGEMENT, LLC; SUNLIFE AG, LLC; MMJ 95, LLC; TWEEDLEAF LLC, a Colorado limited liability company; TWEEDLEAF, LLC, a Delaware limited liability company; LIFESTREAM HOLDINGS LLC; ORDWAY FARMS LLC; NORTH STAR HOLDINGS aka NORTH STAR HOLDINGS, INC.; MANUEL WELBY EVANGELISTA aka WELBY EVANGELISTA; DJDW, LLC; JW COLORADO, LLC; JW ORDWAY, LLC; JW TRINIDAD, LLC; BRIAN TANNENBAUM; TANNENBAUM & TROST, LLC fka TANNENBAUM, TROST & BURK, LLC; and DOES 1-100,

  Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
4:15 pm, Oct 01, 2021
JEFFREY P. COLWELL, CLERK

**DEFENDANTS' RESPONSE TO PLAINTIFFS' VERIFIED THIRD AMENDED COMPLAINT AND JURY DEMAND [Dkt. 206]**

---

Defendant Christopher S. Peterson, on behalf of himself (pro se), answers Verified Amended Complaint and Jury Demand as follows:

Based on the various complaints, motions, replies, rulings and other information that has been presented in this case, in regards to Paragraphs 1-326, to the extent the allegations are directed towards Peterson, Peterson denies the allegations. As to the remainder of the allegations, Peterson lacks sufficient knowledge and information to admit or deny and therefore denies the allegations.

*s/Christopher S. Peterson*

646-220-4629

4845 Pearl East Cir Ste 118-47571
Boulder, CO 80301


**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on October 1, 2021, I electronically filed the foregoing

**DEFENDANTS' RESPONSE TO PLAINTIFFS' VERIFIED THIRD AMENDED COMPLAINT AND JURY DEMAND [Dkt. 206]** with the Court using email address cod_prose_filing@cod.uscourts.gov and will also send electronic communication to the following:

- **Stephen K. Christiansen** steve@skclawfirm.com, jen@skclawfirm.com

- **Jeffrey B. Klaus** jbk@deisch-marion.com

- **Tamera D. Westerberg/Thomas A. Olsen** westerberg@wtotrial.com, olsen@wtotrial.com

- **Timothy F. Marion**
  tim_marion@deisch-marion.com, barb_dye@deisch-marion.com

*s/ Christopher S. Peterson*